# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of the United States Department of Labor,<br><br>   Plaintiff,<br><br>v.<br><br>PBI BANK, INC. and THE MILLER'S HEALTH SYSTEMS, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>   Defendants | CASE NO. 3:13-CV-1400-PPS-CAN |
| PBI BANK, INC.,<br><br>   Third-Party Plaintiff,<br><br>v.<br><br>THE MILLER'S HEALTH SYSTEMS, INC., V. RICHARD MILLER, R. JAMES MILLER, BEVERLY MILLER, BARBARA MILLER, LORI HAUG and PATRICK BOYLE,<br><br>   Third-Party Defendants. | |

### JOINT MOTION FOR ENTRY OF AGREED ORDER AND JUDGMENT

Plaintiff, Thomas E. Perez, Defendant, PBI Bank, Inc., and Third-Party Defendants, The Miller's Health Systems, Inc., V. Richard Miller, R. James Miller, Beverly Miller, Barbara Miller, Lori Haug and Patrick Boyle (collectively "the Parties"), by their respective counsel, jointly move for entry of the Agreed Order and Judgment submitted as a proposed order to Judge Simon's chambers on July 13, 2015.

| U.S. DEPARTMENT OF LABOR | FROST BROWN TODD LLC |
|---|---|
| By: */s/ Bruce Canetti (by permission)*<br>Bruce Canetti<br>U.S. Department of Labor<br>230 S. Dearborn St., Room 844<br>Chicago, IL  60604<br><br>Michael R. Hartman<br>Glenn M. Loos<br>Michael Schloss<br>U.S. Department of Labor<br>P.O. Box 1914<br>Washington, D.C. 20013<br><br>Attorneys for Plaintiff | By: */s/ Nelson D. Alexander(by permission)*<br>Nelson D. Alexander<br>FROST BROWN TODD LLC<br>201 North Illinois Street, Suite 1900<br>P.O. Box 44961<br>Indianapolis, IN  46204<br><br>Attorneys for PBI Bank, Inc. |

HAWKINS PARNELL THACKSTON & YOUNG LLP

By: */s/ David R. Johanson (with permission)*
David R. Johanson
HAWKINS PARNELL THACKSTON & YOUNG LLP
1776 Second St.
Napa, CA 94559

Attorneys for Third-Party Defendants